# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| New York Life Insurance Co., <br><br> Plaintiff, <br><br> v. <br><br> John August Benedict, Nathan Paul Swanson and S.T.H.S., a minor child, <br><br> Defendants. | Court File No.  14-cv-00120 (DWF/TNL) <br><br><br> **MEET AND CONFER STATEMENT** |

I, Emma G. Greenman, representing Plaintiff New York Life Insurance Company, hereby certify that:

My colleague, Gary Haugen, and I met and conferred with counsel for Defendants John August Benedict, Nathan Paul Swanson and S.T.H.S. to resolve the issues raised by Plaintiff's Motion for Final Decree of Interpleader Relief.  On March 3, 2014, Plaintiff's counsel sent Defendants' counsel correspondence proposing to resolve the issues raised by this motion with a stipulation and proposed order whereby New York Life would deposit the disputed insurance policy proceeds with interest into court and be discharged from the litigation. To date, none of the Defendants have agreed to Plaintiff's proposed resolution of this interpleader action.

On March 13, 2014, Plaintiff's counsel met and conferred telephonically with Dennis P. Moriarty, counsel for Defendant S.T.H.S., regarding the proposed stipulation and the issues underlying this motion.  Counsel were unable to resolve the issues underlying this motion.

Plaintiff's counsel met and conferred with Dean A. LeDoux, counsel for Defendant John August Benedict via telephone, multiple times between February 13, 2014 and March 13, 2014 and counsel were unable to resolve the issues raised by this interpleader motion.

By telephone on March 13, 2014, and again by e-mail on March 17, 2014, Plaintiff's counsel attempted to meet and confer with Defendant Nathan Swanson's counsel Mr. McGee regarding this interpleader motion. To date, Defendant Nathan Swanson's counsel has not responded to Plaintiff's request to meet and confer to discuss resolving the issues raised by Plaintiff's motion for interpleader.

As a result, the parties have not resolved the issues raised by this motion. Plaintiff will supplement this Meet and Confer Statement as appropriate.

Dated:  March 18, 2014

**MASLON EDELMAN BORMAN & BRAND, LLP**

By: s/ Emma. G. Greenman
    Gary J. Haugen (#42328)
    Emma Greenman (#0390252)
3300 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4140
Telephone:  (612) 672-8200

Email:   gary.haugen@maslon.com
        emma.greenman@maslon.com

**ATTORNEYS FOR PLAINTIFF/STAKEHOLDER NEW YORK LIFE**