

P 612.672.8200
F 612.672.8397

www.maslon.com

3300 WELLS FARGO CENTER
90 SOUTH SEVENTH STREET
MINNEAPOLIS, MN 55402-4140

**Emma Greenman**
Direct Dial: (612) 672-8376
Direct Fax: (612) 642-8376
emma.greenman@maslon.com

April 4, 2014

Honorable Donovan W. Frank
U.S. District Judge
Warren E. Burger Federal Building
United States Courthouse
316 North Robert Street
Saint Paul, MN 55101

Re: **New York Life Insurance Co. v. John August Benedict et al.**
   **Court File No.  14-cv-00120 (DWF/TNL)**

Dear Judge Frank:

Pursuant to the Court's instruction, here is a letter reflecting the parties' agreement to extend Defendants' deadline to respond to Plaintiff New York Life's pending motions. The parties, by and through their counsel of record, have agreed that all Defendants shall have through and including April 30, 2014 to respond to Plaintiff's Motion for Final Decree of Interpleader Relief and that Defendants/Counterclaimants Nathan Swanson and S.T.H.S. shall have through and including April 30, 2014 to respond to Plaintiff's Motion to Dismiss Counterclaims.

Sincerely,

s/Emma Greenman

Emma Greenman

EGG/skr

cc:   Dennis Patrick Moriarty (via ECF)
      James P. Conway (via ECF)
      Dean A. LeDoux (via ECF)
      Richard M. McGee (via ECF)